No. 163, Misc.   ALLEN v. ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 172, Misc.   BANNING v. LOONEY, WARDEN.   C. A. 10th Cir.   Certiorari denied.   Petitioner *pro se*. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for respondent.

OCTOBER 19, 1954.

No. 126.   LAUGHLIN v. WILSON ET AL.   Appeal from the Supreme Court of Texas.   Dismissed on motion of appellant pursuant to Rule 60 of the Rules of this Court. *Thurman Arnold* and *Clinton C. Small* for appellant. *Elton M. Hyder, Jr.* and *John D. Hyde* for appellees.

OCTOBER 25, 1954.

No. 312.   GRAYSON-ROBINSON STORES, INC. v. LIONEL CORPORATION.   Appeal from the Supreme Court of New Jersey.   *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question.   *Sidney A. Diamond* for appellant. *Samuel Voltaggio* and *Anthony A. Calandra* for appellee.

No. 316.   WESTERN AIR LINES, INC. v. CALIFORNIA.   Appeal from the Supreme Court of California.   *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. THE CHIEF JUSTICE took no part in the consideration or decision of this case.   *Hugh W. Darling* and *D. P. Renda*